UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Harold Jackson, | ) | Case No. 2:14-cv-01911-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION FOR PROTECTIVE ORDER |
| | ) | OR, IN THE ALTERNATIVE, |
| Trumpf Medical Systems, Inc., | ) | *IN LIMINE* |
| | ) | |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 26(c)(1)(A), Plaintiff hereby moves this Honorable Court for an Order preventing the Defendant from taking the deposition of its retained expert witness, David N. DuPuy, M.D., for use at trial or, alternatively, ruling *in limine* that Defendant may not use the deposition (if taken) at trial in lieu of live testimony.

The grounds for this motion are set forth in the Memorandum in Support filed herewith. The undersigned certifies that he has in good faith conferred with opposing counsel in an effort to resolve the disputed matter without court action.

                            Respectfully submitted,

                            Jennifer Munter Stark, Esquire
                            Fed. ID No. 09364
                            210 Wingo Way #300
                            Mount Pleasant, SC  29464
                            Phone: (843) 972-0004
                            Fax:  (843) 792-0006
                            jmunterstarklaw@gmail.com

                            and

                            PETERS, MURDAUGH, PARKER,
                              ELTZROTH & DETRICK, P.A.

            By:    */s/ Bert G. Utsey, III*
                            Bert G. Utsey, III

- 2 -

                Fed. ID No. 1045
                123 Walter Street
                Post Office Box 1164
                Walterboro, SC 29488
                Phone: (843) 549-9544
                Fax: (843) 549-9546
                butsey@pmped.com

                Attorneys for Plaintiff

May 22, 2015
Walterboro, South Carolina